PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Jason Timothy Wells</u>　　　Case Number: <u>3:06-00231</u>

Name of Judicial Officer: <u>Honorable William J. Haynes Jr., Senior United States District Judge</u>

Date of Original Sentence: <u>July 20, 2007</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>100 months' imprisonment and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>December 24, 2013</u>

Assistant U.S. Attorney: <u>Unassigned</u>　　　Defense Attorney: <u>Unassigned</u>

---

The Court orders:

- [x] No Action Necessary at this Time *as recommended*
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this ___18th___ day of ___May___, 2015,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Michael C. Wilson
U.S. Probation Officer

Place: Nashville, Tennessee

Date: May 14, 2015

## ALLEGED VIOLATIONS

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On Friday, May 8, 2015, Mr. Wells called the probation officer and admitted to marijuana use. Mr. Wells explained he tested positive for marijuana when the Davidson County Juvenile Court spontaneously tested him during emergency custody proceedings concerning his infant son on Wednesday, May 6, 2015. Mr. Wells stated his last date of use was a week and a half before the court date.

On Wednesday, May 13, 2015, Mr. Wells reported to the probation office and submitted a negative drug test.

### Compliance with Supervision Conditions and Prior Interventions:

Jason Timothy Wells is currently employed as a cook at Maggiano's Little Italy and Longhorn Steakhouse, where he works a combined 55-70 hour work week. He lives with his one-year-old son in Old Hickory, Tennessee. Mr. Wells began his term of supervised release on December 24, 2013. His supervision is due to terminate December 23, 2016.

Mr. Wells has maintained full-time employment since beginning supervision. In early 2014, he was referred to Centerstone Mental Health where he received individual substance abuse counseling for six months. Treatment records indicate he was a willful participant and was engaged during sessions.

As of late, Mr. Wells has experienced significant stressors. The relationship between he and his ex-girlfriend, who is also the mother of his son, has deteriorated. Ten days ago, Mr. Wells went to visit his son after work. When he arrived at his ex-girlfriend's home, he found the child unattended. According to Mr. Wells, the child's mother admittedly left the boy home alone for over an hour. Mr. Wells called the police, who contacted the Tennessee Department of Children's Services. Thereafter, Mr. Wells petitioned the Davidson Juvenile Court for temporary emergency custody of the child. At the emergency hearing on May 6, 2015, the presiding chancellor spontaneously drug tested both parents. Mr. Wells tested positive for marijuana. The Davidson Juvenile Court granted Mr. Wells temporary emergency custody of his son. On May 8, 2015, he called the probation officer and admitted to smoking marijuana.

Following his recent admitted drug use, the probation officer admonished Mr. Wells, explained the dangers of smoking marijuana, and re-instructed him not to use illegal drugs. The probation officer referred Mr. Wells to Centerstone Mental Health in Madison, Tennessee, for a substance abuse assessment and placed him in a random drug testing program. Mr. Wells is willing to participate in any recommended treatment.

### U.S. Probation Officer Recommendation:

The probation officer recommends no additional action be taken by the Court at this time. It is recommended that Mr. Wells remain on supervised release, participate in a substance abuse assessment and any recommended treatment, and not incur any future violations. The Assistant U.S. Attorney has been informed of Mr. Wells' noncompliance and agrees with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer